IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ROY E. ERWIN, et al.,

    Plaintiffs,

vs.

BRYAN F. RUSS, et al.

    Defendants

Case No. 09-cv-1894

### DECLARATION OF TY CLEVENGER

I, Ty Clevenger, am greater than 18 years of age, competent to testify, and I do testify the following based on my own personal knowledge:

1. I represent the Plaintiffs in the case listed above.

2. Exhibit A is a true and correct copy of a supplemental judicial complaint I filed against Judge Robert Stem, as well as true and correct copies of the attachments to that complaint.

3. Exhibit B is a true and correct copy of the transcript of Plaintiff Alan Eppers's testimony in the *de facto* deposition held before Judge Stem on September 29, 2009.

I attest to these facts under oath, as witnessed by my signature below.

_/s/ Ty Clevenger_    10/28/09
Ty Clevenger