# EXHIBIT W

**TRIAL COURT NO. 09-06-18,386-CV**

| EX PARTE: | : | IN THE DISTRICT COURT OF |
|---|---|---|
| | : | |
| BRANDON JAMES EPPERS, | : | ROBERTSON COUNTY, TEXAS |
| | : | |
| A CHILD | : | 82ND JUDICIAL DISTRICT |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

# SWORN STATEMENT OF

# ALAN JAMES EPPERS

# SEPTEMBER 28, 2009

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

# COPY

JUDITH G. WERLINGER-OFFICAL COURT REPORTER
CSR, RMR, CRR, CMRS
82ND DISTRICT COURT • P. O. BOX 75 • MARLIN, TEXAS 76661
(254) 883-1427   FAX (254) 883-1428

SWORN STATEMENT OF ALAN JAMES EPPERS          SEPTEMBER 28, 2009

Page 1

```
 1                TRIAL COURT NO. 09-06-18386-CV
 2
 3   EX PARTE:              :    IN THE DISTRICT COURT OF
                            :
 4                          :
     BRANDON JAMES EPPERS,  :    ROBERTSON COUNTY, TEXAS
 5                          :
     A CHILD                :    82ND JUDICIAL DISTRICT
 6
 7
                ********************************
 8
                     REPORTER'S RECORD
 9
            SWORN STATEMENT OF ALAN JAMES EPPERS
10
                  VOLUME 1 OF 1 VOLUME
11
                ********************************
12
13           On the 28th day of September, 2009, the
14   following proceedings came on to be heard in the
15   above-entitled and numbered cause before the Honorable
16   Robert Stem, Judge presiding, held in Franklin,
17   Robertson County, Texas.
18
19           Proceedings reported by machine shorthand,
20   real-time translation and computer-assisted
21   transcription.
22
23
24
25
```

Page 2

```
 1                    APPEARANCES
 2  FOR THE MOVANT/CROSS-DEFENDANT, ALAN EPPERS:
 3       Mr. Jeffrey Duke
         SBOT#24056609
 4       DUKE LAW FIRM
         4706 Suny Trail Ct.
 5       Sugarland, Texas   77479
 6
 7  FOR THE CROSS-MOVANT/DEFENDANT, HOLLIE ELLIOTT:
 8       Mr. Bryan F. Russ, Jr.
         SBOT#1745010
 9       PALMOS, RUSS, McCULLOUGH & RUSS
         306 Cedar Street
10       Hearne, Texas   77859
         (979) 279-3456
11       Fax (979) 279-3712
12
    ATTORNEY AD LITEM FOR THE CHILD, BRANDON EPPERS:
13
         Mr. Larry Catlin
14       SBOT#04011200
         LARRY A. CATLIN LAW FIRM
15       P.O. Box 113
         Bryan, Texas   77806
16       (979) 775-3900
17
18
19  ALSO PRESENT:
20  Mr. James H. McCullough, Esquire
21  Ms. Molly Hedrick, Esquire
22  Mr. Trey Russ, Esquire
23  Mr. Alan Eppers
24  Ms. Hollie Elliott
25
```

1               REPORTER'S NOTE:

2   Ellipses are used only to show that an answer or
    question has trailed off and not been interrupted.

3

    Quotation marks are not meant to be interpreted as
4   direct quotes.

5   Uh-huh=yes, affirmative           Huh-uh=no, negative.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SWORN STATEMENT OF ALAN JAMES EPPERS          SEPTEMBER 28, 2009

Page 4

```
 1              CHRONOLOGICAL INDEX

 2              VOLUME 1 OF 1 VOLUME

 3                               Page         Vol.

 4   SEPTEMBER 28, 2009

 5   Sworn Statement.....................    5          1

 6   Adjournment.........................   20          1

 7   Court Reporter's Certificate........   21          1

 8

 9        EXHIBIT INDEX - MOVANT/CROSS-DEFENDANT

10           Use is indicated as follows:

11   J - Jury        R - Record Only  D - Demonstrative

12   H - Hearing only           B - Bill of Exceptions

13   C - Conditional   W - Withdrawn   E - Excluded

14   NO.      DESCRIPTION    OFFERED  ADMITTED  USE VOL.

15   (None)

16        EXHIBIT INDEX - CROSS-MOVANT/DEFENDANT'S

17           Use is indicated as follows:

18   J - Jury        R - Record Only  D - Demonstrative

19   H - Hearing only           B - Bill of Exceptions

20   C - Conditional   W - Withdrawn   E - Excluded

21   NO.      DESCRIPTION     OFFERED  ADMITTED   VOL.

22   1      Original Complaint, 19      19         1

             Case No. 09-cv-1894,

23           U.S. District Court

             For The Southern

24           District of Texas,

             Houston Division

25
```

Judith G. Werlinger, CSR RMR CRR CMRS FAPR
Official Court Reporter - 82nd District Court

Page 5

```
 1                    PROCEEDINGS
 2              (In chambers).
 3              THE COURT:  Now, there has been an issue
 4    brought to the Court's attention today by the attorneys
 5    of record, and since we are on the record, and I'm
 6    going -- anyone that testifies in this matter, I will
 7    consider them under oath.  I think, Mr. Eppers, that
 8    they want to take a statement from you here today --
 9              MR. EPPERS:  Okay.
10              THE COURT:  -- or talk to you about this
11    matter, so I will need to place you under oath at this
12    time.  If you will raise your right hand.
13              MR. EPPERS:  Okay.
14              (Witness sworn).
15              THE COURT:  Okay.
16              MR. RUSS:  May I proceed?
17              THE COURT:  You may.
18                    ALAN JAMES EPPERS,
19    having been first duly sworn, testified as follows:
20                    DIRECT EXAMINATION
21    BY MR. RUSS:
22         Q.   Mr. Eppers, would you state your full name.
23         A.   Alan, A-l-a-n, James Eppers.
24         Q.   Mr. Eppers, you understand that I represent
25    Hollie?
```

SWORN STATEMENT OF ALAN JAMES EPPERS                SEPTEMBER 28, 2009

Page 6

1    A.    Correct.  Yes.

2    Q.    I just want to visit with you just a little

3    bit.

4          Are you represented in any fashion in

5    any -- in any case by an attorney named Ty Clevenger?

6    A.    I have not retained an attorney other than

7    Jeff Duke.  No.

8    Q.    Okay.  So you're not represented by Mr.

9    Clevenger in any capacity, correct?

10   A.    Represented?

11   Q.    In any lawsuit.

12   A.    With -- with my knowing or unknowing?  I -- I

13   don't under --

14   Q.    Either one.

15   A.    Well, you presented to me, you know, the

16   paperwork that states otherwise.

17          I have not employed Ty Clevenger as an

18   attorney, no.

19   Q.    I have hand to you -- I'm going to hand to you

20   this, okay?

21   A.    Okay.

22   Q.    This is a copy of a lawsuit that was filed by

23   Mr. Clevenger on behalf of some people.

24   A.    Okay.

25   Q.    In The United States District Court for the

SWORN STATEMENT OF ALAN JAMES EPPERS          SEPTEMBER 28, 2009

Page 7

1    Southern District of Texas.

2                    Now, I don't even think Mr. Duke knew

3    about this.  But I need to know, did you authorize Mr.

4    Clevenger to file any sort of allegations or suit on

5    your behalf?

6          A.    Authorized by -- no.  I -- I didn't know I was

7    going to be -- I was contacted --

8          Q.    Uh-huh.

9          A.    -- and asked a few questions, and that was the

10   extent of what my --

11         Q.    Okay.  Mr. Eppers, you're not in any trouble.

12   Okay?

13         A.    No.  I just -- that was the extent of my

14   knowledge of what the questions that were asked and

15   answers I was given -- you know, that I -- that I had

16   given.

17         Q.    Okay.  Who contacted you?

18         A.    I was contacted by Ty Clevenger.

19         Q.    Uh-huh.

20         A.    Had missed a couple of phone calls.  Didn't --

21   didn't know the number.  It was over a weekend.  I

22   returned the phone call and had a conversation.

23         Q.    Okay.  Let me say this.  If you tell me -- and

24   I'm -- I'm assuming -- I'm not assuming.  You're telling

25   me he's not representing you; because if he represents

SWORN STATEMENT OF ALAN JAMES EPPERS          SEPTEMBER 28, 2009

1  you, I'm going to shut this down.  I'm not going to talk

2  to you about this anymore.  Okay?

3       A.   Okay.

4       Q.   Fair enough?

5            So he called you, correct?

6       A.   Correct.

7       Q.   He called you at home?

8       A.   My cell phone.

9       Q.   Okay.  And -- and that was in Houston,

10  correct?

11      A.   It's -- yeah.  Well, I wasn't in Houston at

12  the time; but yeah, it's a Houston --

13      Q.   Where -- where were you?

14      A.   I -- I don't even remember where I was at.  I

15  really don't know.  I missed a couple of calls, so I

16  don't know when -- I called him from Houston after I

17  returned the phone call, but that was during the

18  weekdays.

19      Q.   Do you know how he learned to contact you?

20      A.   Well, I actually learned of the case from my

21  previous attorney, Mr. Torrey.

22      Q.   Uh-huh.  Okay.

23      A.   And, you know, was given that information, you

24  know, several months ago.  I don't know what -- I don't

25  know what time frame it was.

SWORN STATEMENT OF ALAN JAMES EPPERS                    SEPTEMBER 28, 2009

Page 9

1     Q.    But you didn't contact Mr. Clevenger, he
2   contacted --
3     A.    I did not contact him except after he called
4   me --
5     Q.    Right.
6     A.    -- and left me a couple of messages.
7     Q.    Now, you did not authorize him to sue anybody
8   on your behalf?
9     A.    I didn't know that was -- no.  I mean, I --
10  All -- I received two -- two or three calls -- missed
11  calls --
12    Q.    Uh-huh.
13    A.    -- returned the call --
14    Q.    Uh-huh.
15    A.    -- and answered some date questions --
16    Q.    Uh-huh.
17    A.    -- and my name and names and my divorce
18  date.
19    Q.    Okay.
20    A.    And the last time I've seen my son.
21    Q.    Right.  Did --
22    A.    And that's the extent of the conversation.
23    Q.    Did he write you a letter?
24    A.    I received -- no, he did not write me a
25  letter.  I received, I think, that single page that you

SWORN STATEMENT OF ALAN JAMES EPPERS          SEPTEMBER 28, 2009

Page 10

1    had showed me.

2         Q.   Now, I am going mark it for the court reporter

3    here in just a second.

4              Is that the doc -- is that the page that

5    you saw, Mr. Eppers?

6         A.   I -- you know, without reading the whole

7    thing, I believe it is.  It looks -- yes.

8         Q.   Okay.  Were you aware, before I -- before I

9    brought it to your attention, that you were a named

10   plaintiff in a lawsuit against me and 50 other

11   defendants?

12        A.   That I was a named plaintiff?

13        Q.   Yes.

14        A.   I had no idea I was going to be a named

15   plaintiff.

16        Q.   Now, have you paid Mr. Clevenger any money?

17        A.   Not at all.

18        Q.   I'm going to list for you the people that are

19   -- have been sued in this lawsuit.

20              Tell me if you authorized Mr. Clevenger

21   to sue any of these people in your behalf, okay?

22              Myself?

23        A.   I haven't.  No.

24        Q.   Hollie?

25        A.   No.

```
 1        Q.    Mr. McCullough?

 2        A.    No.

 3        Q.    Trey Russ?

 4        A.    No.

 5        Q.    Molly Hedrick?

 6        A.    No.

 7        Q.    Judge Stem?

 8        A.    No.

 9        Q.    A company called Oaks & Diamonds?

10        A.    No.

11        Q.    A company called LK&P, L.L.C.?

12        A.    No.

13        Q.    My law firm, Palmos, Russ, McCullough &

14   Russ?

15        A.    No.

16        Q.    A company called Velnon, L.L.C.?

17        A.    No.

18        Q.    A company called Deminimus Management, L.L.C.?

19        A.    No.

20        Q.    A company called Flare Royalties, L.L.C.?

21        A.    No.

22        Q.    A company called Flare Royalties, L.P.?

23        A.    No.

24        Q.    A gentleman named Travis Morgan?

25        A.    No.
```

Page 12

| 1  | Q. | A lady named Alma Morgan? |
|----|----|--|
| 2  | A. | No. |
| 3  | Q. | A gentleman named Michael Morgan? |
| 4  | A. | No. |
| 5  | Q. | A company called Leor Energy? |
| 6  | A. | No. |
| 7  | Q. | A company called Encana Oil & Gas? |
| 8  | A. | No. |
| 9  | Q. | A company called Zeig Enterprises? |
| 10 | A. | No. |
| 11 | Q. | A gentleman named James Zeig? |
| 12 | A. | No. |
| 13 | Q. | Hearne Business Park, L.L.C.? |
| 14 | A. | No. |
| 15 | Q. | A gentleman named Stephen Boykin? |
| 16 | A. | No. |
| 17 | Q. | A gentleman named Don Harris? |
| 18 | A. | No. |
| 19 | Q. | A lady named Pam Krumnow? |
| 20 | A. | No. |
| 21 | Q. | A lady named Bettie Mendenhall? |
| 22 | A. | No. |
| 23 | Q. | A lady named Nora Cora Withem? |
| 24 | A. | No. |
| 25 | Q. | A Delaware development company -- Delaware |

Case 4:09-cv-01827 Document 6-3 Filed on 10/28/09 in TXSD Page 15 of 23
Case 6:09-cv-00127-WSS Document 8-24 Filed 09/13/2009 Page 15 of 23

Page 13

| | | |
|---|---|---|
| 1 | | Development Company, L.L.C.? |
| 2 | A. | No. |
| 3 | Q. | Larry Aikens? |
| 4 | A. | No. |
| 5 | Q. | Scott Carlson? |
| 6 | A. | No. |
| 7 | Q. | Metropolitan Water Company? |
| 8 | A. | No. |
| 9 | Q. | Blue Water Systems, L.P.? |
| 10 | A. | No. |
| 11 | Q. | Eleanor Funk? |
| 12 | A. | No. |
| 13 | Q. | J.B. Newton Trust? |
| 14 | A. | No. |
| 15 | Q. | J.B. Newton Estate? |
| 16 | A. | No. |
| 17 | Q. | Sheriff Gerald Yezak? |
| 18 | A. | No. |
| 19 | Q. | Deputy Sheriff Joe Davis? |
| 20 | A. | No. |
| 21 | Q. | Deputy Sheriff Karen Box? |
| 22 | A. | No. |
| 23 | Q. | Kenneth Swick? |
| 24 | A. | No. |
| 25 | Q. | First Star Bank of Bremond? |

1       A.    No.

2       Q.    Michael Muzyka?

3       A.    No.

4       Q.    How about Catherine Motley?

5       A.    No.

6       Q.    Okay.

7             Now, you remember me showing you this

8    page, Mr. Eppers, wherein it's contended that Hollie --

9    excuse me --

10            Oh, and a gentleman named Michael

11   Werlinger?

12      A.    No.

13      Q.    A gentleman named Dr. Marc Catalina?

14      A.    No.

15      Q.    Okay.  Now, this alleges that Hollie is

16   somehow kin to my wife.

17            Do you have any evidence of that

18   whatsoever?

19      A.    I have no idea.  No.  Not at all.  I have no

20   idea who your wife is.

21      Q.    Okay.  This -- this also alleges that somehow

22   that I have conspired with Hollie and Judge Stem to deny

23   you visitation of your son.

24            Are you aware of that?

25      A.    I am, yes.

SWORN STATEMENT OF ALAN JAMES EPPERS                    SEPTEMBER 28, 2009

Page 15

1      Q.    Do you have any evidence that I have conspired

2  with anybody?

3      A.    Any evidence?  I -- I didn't draw it up --

4      Q.    I know.

5      A.    -- and -- and -- no.

6            It just seems to me that a father that

7  there was no previous issues with, with his son, has a

8  conversation about a convict, and then a year and a half

9  later still doesn't have regular visitation.  That's

10  what I -- that's my personal opinion about it.

11      Q.    And I respect that.

12            Do you have any evidence --

13      A.    And that just seems out of the ordinary to

14  me.

15      Q.    Do you have any evidence that something

16  improper has happened?

17      A.    Improper?

18      Q.    Yes, sir.

19      A.    Well, you know, I -- I don't want to say

20  improper.  I would have -- I would have thought that

21  here -- being here, I don't know, the third or fourth

22  time, that this would have been resolved long -- so I

23  would consider that improper.

24      Q.    Okay.

25      A.    But not le -- no -- not legally or anything

SWORN STATEMENT OF ALAN JAMES EPPERS          SEPTEMBER 28, 2009

Page 16

1    like that.  I'm not a -- you know, I'm not an attorney,

2    so I don't know.

3         Q.   You're not making any allegations that somehow

4    I've conspired with Judge Stem or anybody else to deny

5    you access to your son, are you?

6         A.   No.  I'm -- I'm not making those allegations.

7    I just -- it just, you know, along with everything else

8    that I guess was put into the original filing that was

9    provided me by my previous attorney, you know, I guess

10   you can draw some conclusions on that.  But beyond

11   that...

12        Q.   But if that's what this says, you didn't

13   authorize anybody to sue me for that, did you?

14        A.   No.

15        Q.   Okay.  You didn't authorize anybody to sue

16   Judge Stem for that, did you?

17        A.   I didn't authorize.  All I did was gave

18   information when I was divorced, my name, my son's name,

19   my ex-wife's name, and how long I haven't seen my son.

20        Q.   Anything else?

21        A.   That's the extent of it.

22        Q.   Did you ever meet the gentleman in person?

23        A.   No.  Never.

24        Q.   Never been to his office?

25        A.   I have no idea where his office is, no.

1    Q.    Mr. Eppers, I believe you.  Thank you.

2              MR. RUSS:  I don't have any -- I pass the

3    witness.

4              Jeff, if you --

5    Q.    (By Mr. Russ)  Jeff doesn't represent you in

6    any case like that, right?

7    A.    No, not at all.  Just this.

8    Q.    And you're happy with Jeff's -- Jeff's

9    representation, correct?

10   A.    So far.

11              (Laughter).

12              MR. DUKE: I have no questions.

13                  CROSS-EXAMINATION

14   BY MR. DUKE:

15   Q.    I mean -- well, I got -- me and you have never

16   talked about this case, me -- until this morning; that

17   was the first we've heard of you being named as a

18   plaintiff in this case?

19   A.    Correct.

20   Q.    I mean, that's...

21              MR. DUKE:  No further questions.

22              MR. RUSS:  I just have a few more.

23                  REDIRECT EXAMINATION

24   BY MR. RUSS:

25   Q.    When you talked with Mr. Clevenger over the

SWORN STATEMENT OF ALAN JAMES EPPERS          SEPTEMBER 28, 2009

Page 18

1    phone, was it Mr. Clevenger you in fact talked to?

2         A.   I -- I -- he said it was, so I -- I would

3    assume it was.

4         Q.   And what did he tell you that he wanted,

5    needed this information for?

6         A.   He just said he was working on a case, and I

7    obviously knew of the case previously from -- provided

8    months -- you know, months previously.

9         Q.   Did he tell you that he was going to name you,

10   make you a party to the case?

11        A.   Not to my knowledge, no.  Basically

12   information -- it was -- I didn't know if I was a

13   witness.  I didn't know -- I didn't know what it was.

14        Q.   Okay.

15        A.   I mean, you know, I honestly --

16        Q.   You certainly didn't have any intention of

17   suing anybody?

18        A.   No.

19        Q.   Okay.

20        A.   I did not.

21        Q.   Thank you, sir.

22        A.   I have been to court.  This has been enough

23   for me to be here, so...

24        Q.   Thank you, sir.  I appreciate it and I hope

25   everything works out between you and Hollie.

Page 19

```
1                    And one last question.  You don't have

2   any -- any evidence that Hollie has conspired with

3   anybody to do anything illegal, correct?

4        A.   No.  I just don't think we see eye to eye

5   about -- I mean --

6        Q.   Thank you, sir.

7        A.   -- this.

8        Q.   Thank you.

9                    MR. RUSS:  And I'm going to -- and for

10  this record, I'm going to mark this as Exhibit 1, the

11  entirety of it, and give it to the court reporter.

12                   THE REPORTER:  Let me ask you a question.

13  The page you referred to, is that in here?

14                   MR. RUSS:  Yes, ma'am.  Page 24.

15                   THE REPORTER:  I need to make a notation

16  of that.

17                   MR. RUSS:  That's all I have, Your Honor.

18                   THE REPORTER:  And then I'll mark it as

19  Exhibit 1.

20                   THE COURT:  Exhibit 1 will be received.

21                   (Defendant's Exhibit No 1 marked, offered

22  and admitted).

23                   THE COURT:  Okay.  Anything else for the

24  record?

25                   MR. RUSS:  No, sir.
```

SWORN STATEMENT OF ALAN JAMES EPPERS          SEPTEMBER 28, 2009

 1           THE COURT:  Well, again, let me just

 2    reiterate, beyond the matters that we've discussed here

 3    today, I'm going to again ask for your respective

 4    commitment to make this visitation work, Ms. Elliott.

 5    Correct?

 6           MS. ELLIOTT:  Yes, sir.

 7           THE COURT:  And Mr. Eppers?

 8           MR. EPPERS:  Yes, sir.

 9           THE COURT:  Okay.  Best wishes to all of

10    you.

11           MR. RUSS:  Thank you, Your Honor.

12           THE COURT:  Enjoy your son together.

13    Okay?

14           MR. RUSS:  Ms. Werlinger, I am going to

15    need to have a copy of that, please.

16           THE COURT:  So there's no question, I'm

17    going to ask that a copy as well be sent to you.

18           (Reporter's Note:  Reference to Mr.

19    Duke).

20           THE COURT:  And actually -- we will close

21    the record at this time.

22

23

24           (In-chambers proceedings concluded).

25

SWORN STATEMENT OF ALAN JAMES EPPERS          SEPTEMBER 28, 2009

```
 1   STATE OF TEXAS          :
 2   COUNTY OF ROBERTSON     :
 3         I, JUDITH G. WERLINGER, Official Court Reporter in
     and for the 82nd Judicial District Court of
 4   Robertson/Falls County, State of Texas, do hereby
     certify that the above and foregoing contains a true and
 5   correct transcription of all portions of evidence and
     other proceedings requested in writing by counsel for
 6   the parties to be included in this volume of the
     Reporter's Record, in the above-styled and numbered
 7   cause all of which occurred in open court or in chambers
     and were reported by me.
 8
           I further certify that this Reporter's Record of
 9   the proceedings truly and correctly reflects the
     exhibits, if any, admitted by the respective parties.
10
           I further certify that the total cost for the
11   preparation of this Reporter's Record is $_____ and
     was paid by the Defendant.
12
           WITNESS MY OFFICIAL HAND this, the 1st day of
13   October, 2009.
14                        _____
                          JUDITH G. WERLINGER, CSR 731
15                        CRR, RMR, RMR, CMRS, FAPR
                          Official Court Reporter
16                        82nd Judicial District Court
                          Robertson/Falls Counties, Texas
17                        Texas CSR #731
                          Expiration Date: 12-31-10
18                        P.O. Box 75
                          Marlin, Texas 76661
19                        (254) 883-1421
                          Fax (254) 883-1423
20
21
22
23
24
25
```