United States Courts
Southern District of Texas
FILED

JAN 1 9 2010

Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

DAVID BRADLEY
Acting Clerk of the Court
P.O. Box 61010
Houston, Texas 77208

**RECEIVED**

JAN 1 3 2010

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

713-250-5400
Fax 713-250-5014
www.txs.uscourts.gov

TO:   Clerk, U.S. District Court
      Western District of Texas
      Waco Division

RE:   Civil Action H-09-1894
      Roy E. Erwin, et al V. Bryan F. Russ, et al,

Dear Sir/Madam:

Enclosed are certified copies of an order transferring the above-captioned case to your district and of the docket for that case. The case file can be accessed through the Electronic Case Filing/Pacer System for the Southern District of Texas at:

ecf.txsd.uscourts.gov

Please acknowledge receipt of these documents by signing the receipt below, indicating your case number and returning it to us in the enclosed envelope.

Sincerely,

David Bradley, Acting Clerk

By: _____
    Deputy Clerk

Date: January 8, 2010

==================================================================================

Please complete and return acknowledgment to this office.

Received and filed under Civil Action  W-10-CA-005

on  1/13/10  .

Clerk, United States District Court

By: _____                                   Deputy Clerk